UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. HILL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:14-cv-00353- JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 12) |

On November 17, 2014, the parties stipulated for Defendant to have an extension of time to file a response to Plaintiff's opening brief. (Doc. 12.) Notably, the Scheduling Order permits a single thirty-day extension by the stipulation of parties (Doc. 4 at 4), and this is the first extension requested. Thus, an extension of thirty days is appropriate.

Accordingly, **IT IS HEREBY ORDERED**: The extension of time is **GRANTED** and Defendant **SHALL** file a response to Plaintiff's opening brief no later than **December 19, 2014**.

IT IS SO ORDERED.

Dated:   **November 17, 2014**          **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE

1