UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. HILL,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.: 1:14-cv-00353- JLT<br><br>ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

On March 12, 2014, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 4-1.) To date, Plaintiff has not indicated whether he consents or declines the jurisdiction of the assigned Magistrate Judge, as required by the Court's order. (*See id.*)

Accordingly, **IT IS HEREBY ORDERED**: Plaintiff **SHALL** complete and file the consent form previously provided by the Court (Doc. 4-2) no later than **December 1, 2014**, indicating whether he consents to the Magistrate Judge jurisdiction, or requests reassignment to a District Judge.

IT IS SO ORDERED.

Dated:  **November 17, 2014**          **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

1