# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN J. HILL, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:14-cv-00353- JLT <br><br> ORDER DIRECTING PLAINTIFF TO COMPLETE THE CONSENT FORM, INDICATING WHETHER PLAINTIFF CONSENTS TO THE JURISDICTION OF THE ASSIGNED MAGISTRATE JUDGE |

On March 12, 2014, the Court issued its "Order re Consent or Request for Reassignment," informing the parties that "pursuant to 28 U.S.C. § 636(c), a Magistrate Judge cannot conduct all proceedings and enter judgment in this case" without the written consent of all parties. (Doc. 4-1.) Therefore, on November 17, 2014, the Court ordered Plaintiff to complete and file the form indicating whether he consented to the jurisdiction of the Magistrate Judge, as required by the Court's order, no later than December 1, 2014. To date, Plaintiff has not complied with the Court's orders.

Plaintiff is informed that the Magistrate Judges' availability is far more realistic and accommodating to parties than that of the District Judges, who carry the heaviest caseloads in the nation and must prioritize criminal and older civil cases over more recently filed civil cases. Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit. Accordingly, Plaintiff SHALL consider whether he consents to the jurisdiction of the assigned Magistrate Judge.

1  Based upon the foregoing, **IT IS HEREBY ORDERED**: Plaintiff **SHALL** complete and file
2  the consent form previously provided by the Court (Doc. 4-2) no later than **December 12, 2014**,
3  indicating whether he consents to the Magistrate Judge jurisdiction, or requests reassignment to a
4  District Judge.

6  IT IS SO ORDERED.

7  Dated: **December 4, 2014**       **/s/ Jennifer L. Thurston**
8                                     UNITED STATES MAGISTRATE JUDGE